# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**EILEEN E. NUTT,**

    Plaintiff

vs.                      **CASE NUMBER: 5:12-CV-0385**

**NEW YORK STATE, STATE UNIVERSITY OF NEW YORK, and UPSTATE MEDICAL UNIVERSITY,**

    Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED That the plaintiff's complaint is DISMISSED for failure to timely submit an Amended Complaint that complies with the recommendations made in Magistrate Judge Dancks' May 15, 2012 Report-Recommendation;

All of the above pursuant to the order of the Honorable Judge GLENN T. SUDDABY, dated the 12th day of September, 2012.

DATED: October 30, 2012

                                                Clerk of Court

                                              s/
                                              Christine Mergenthaler
                                              Deputy Clerk

entered and served 10/30/12
cm